**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION**

**JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., deceased minor, et al.,**

***Plaintiffs,***

**v.**

**JUAN MALDONADO, et al.,**

***Defendants.***

**Case No. 2:24-CV-00045-AM**

**PLAINTIFFS' NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Javier Cazares, Individually as Wrongful Death Beneficiary of J.J.C., deceased minor, et al., hereby appeal (with respect to all claims and all defendants) to the United States Court of Appeals for the Fifth Circuit, the Order of Dismissal entered in this action on September 29, 2026 (ECF No. 82). A copy of the Order is attached as Exhibit A.

Respectfully submitted.

**THE PLAINTIFFS,**

By: */s/ Erin Rogiers*

Erin Rogiers, Esq.
TX State Bar No. 24083597
Francisco Guerra IV, Esq.
TX State Bar No. 00796684
Bailey Rader, Esq.
TX State Bar No. 24119113
GUERRA LLP
875 East Ashby Place, Suite 1200
San Antonio, TX 78212
Tel: (210) 447-0500
Fax: (210) 447-0501
erogiers@guerrallp.com
fguerra@guerrallp.com

brader@guerrallp.com

By: /s/ *Joshua D. Koskoff*
Joshua D. Koskoff, Esq. (*pro hac vice*)
CT State Bar No. 410518
Alinor C. Sterling, Esq. (*pro hac vice*)
CT State Bar No. 411754
Colin S. Antaya, Esq. (*pro hac vice*)
CT State Bar No. 440953
Margaret Donovan, Esq. (*pro hac vice*)
CT State Bar No. 445982
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
asterling@koskoff.com
jkoskoff@koskoff.com
cantaya@koskoff.com
mdonovan@koskoff.com

By: /s/ *Jonathan S. Massey*
Jonathan S. Massey, Esq. (*pro hac vice*)
DC Bar No. 457593
MASSEY & GAIL LLP
1000 Maine Ave. SW, Suite 450
Washington. D.C. 20024
Tel: (202) 650-5452
Fax: (312) 379-0467
jmassey@masseygail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically served upon all counsel of record through the CM/ECF system on this 15th day of October 2026.

/s/ *Erin Rogiers*
Erin Rogiers